UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS LIABILITY       :   CIVIL ACTION
LITIGATION (NO. VI)                                          :   NO. MDL 875

FILED
US DISTRICT COURT
DISTRICT OF NEBRASKA
AUG - 8 2005
OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

| | |
|---|---|
| LEON L. GOLDEN,<br><br>    Plaintiff,<br><br>v.<br><br>UNION PACIFIC RAILROAD COMPANY, Individually and as Successor-in-Interest to the Chicago & Northwestern Transportation Company, a Delaware corporation,<br><br>    Defendant. | No. 8:99CV415 |

### ORDER OF DISMISSAL

The above-titled action, having come before the Court, upon the parties' Stipulation for Dismissal, it is hereby dismissed, with prejudice, each party to bear their own costs, this 28th day of July, 2005.

_____
Judge

Charles R. Weiner

RECEIVED
AUG 0 8 2005
CLERK
U.S. DISTRICT COURT
OMAHA

3125075